**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| M4 HOLDINGS, LLC, A NEW JERSEY LIMITED LIABILITY COMPANY AND BOULDERVIEW PROPERTIES, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY , | : | No. 499 MAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LAKE HARMONY ESTATES PROPERTY OWNERS' ASSOCIATION, A PENNSYLVANIA NON-PROFIT CORPORATION, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Petitioner | : | |


| | | |
|---|---|---|
| M4 HOLDINGS, LLC, A NEW JERSEY LIMITED LIABILITY COMPANY AND BOULDERVIEW PROPERTIES, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY , | : | No. 500 MAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LAKE HARMONY ESTATES PROPERTY OWNERS' ASSOCIATION, A PENNSYLVANIA NON-PROFIT CORPORATION, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.